# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 67
:
REAPPOINTMENT TO THE : CLIENT SECURITY DOCKET
PENNSYLVANIA LAWYERS FUND FOR :
CLIENT SECURITY BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, John A. Barbour, Esquire, Allegheny County, is hereby reappointed to the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2018.